United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40422
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRAIG T. WILLIAMS,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:02-CR-108-1
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Craig T.
Williams on appeal has requested leave to withdraw and has filed
a brief as required by Anders v. California, 386 U.S. 738 (1967).
Williams has not filed a response. Our independent review of the
record and the brief discloses no nonfrivolous issues for appeal.
Counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities, and the appeal is
DISMISSED. See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

MOTION GRANTED; APPEAL DISMISSED.